# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: TIRRELL T. BRENNEMAN  
      KRISTIAN K. BROWN  
          Debtor(s)

Case No.: 08-33644 S

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

John P. Gustafson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/11/2008 and was converted to chapter 13 on 12/08/2008.
2) The plan was confirmed on 08/25/2009.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 10/05/2010, 07/06/2011.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 11/26/2012.
6) Number of months from filing or conversion to last payment: 47.
7) Number of months case was pending: 51.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 81,182.00.
10) Amount of unsecured claims discharged without full payment: 270,294.93.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $43,723.00 | |
| Less amount refunded to debtor: | $1,537.68 | |
| **NET RECEIPTS:** | | $42,185.32 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $3,460.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $2,694.62 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $6,154.62 |

Attorney fees paid and disclosed by debtor:    $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN STUDENT ASSISTANCE | Unsecured | 44,657.98 | 44,567.98 | 44,567.98 | .00 | .00 |
| AQUA SUN INVESTMENT | Secured | 6,978.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 94.40 | 94.40 | 29.26 | .00 |
| BANK OF AMERICA | Unsecured | 7,265.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | 895.00 | NA | NA | .00 | .00 |
| BAYVIEW LOAN SERVICING, LLC | Secured | 19,855.00 | 19,899.64 | 19,899.64 | .00 | .00 |
| CAPITAL ONE | Unsecured | 4,837.00 | NA | NA | .00 | .00 |
| CHASE | Unsecured | 475.00 | NA | NA | .00 | .00 |
| CITIBANK SOUTH DAKOTA NA | Unsecured | 10,118.00 | NA | NA | .00 | .00 |
| CITIMORTGAGE INC | Secured | 35,023.00 | 1,239.73 | 1,239.73 | 1,239.73 | .00 |
| DELL FINANCIAL SERVICES | Unsecured | 1,771.00 | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVICES, LP | Unsecured | 1,823.15 | 1,823.15 | 1,823.15 | 565.18 | .00 |

0033-5T-EPIE5T-00180038-211803

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: TIRRELL T. BRENNEMAN  
KRISTIAN K. BROWN  
Debtor(s)

Case No.: 08-33644 S

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DIRECT LOAN SERVICE SYSTEM | Unsecured | 54,733.21 | NA | NA | .00 | .00 |
| DISCOVER BANK/DFS-SERVICES | Unsecured | 399.00 | 381.84 | 381.84 | 118.37 | .00 |
| EAST BAY FUNDING | Unsecured | 433.00 | 585.19 | 585.19 | 181.41 | .00 |
| EAST BAY FUNDING | Unsecured | NA | 1,746.31 | 1,746.31 | 541.36 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,942.00 | 2,599.90 | 2,599.90 | 805.97 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 318.18 | 353.46 | 353.46 | 109.57 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 281.60 | 281.60 | 87.30 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | .00 | .00 | .00 | .00 |
| ECMC | Unsecured | 44,183.00 | 45,485.14 | 45,485.14 | .00 | .00 |
| ECMC | Unsecured | 29,437.00 | 10,165.23 | 10,165.23 | .00 | .00 |
| ECMC | Unsecured | 19,880.86 | 19,880.86 | 19,880.86 | .00 | .00 |
| HSBC | Unsecured | 8,618.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 2,430.00 | NA | NA | .00 | .00 |
| KEITH KOLINSKI | Unsecured | 1,949.00 | 2,976.05 | 2,825.00 | 875.75 | .00 |
| MICHAEL & KAREN FLOHR | Unsecured | 1.00 | NA | NA | .00 | .00 |
| MURRAY & MURRAY LPA | Unsecured | 90,000.00 | 50,000.00 | 50,000.00 | 15,500.00 | .00 |
| NELNET/GLELSI | Unsecured | 44,512.00 | NA | NA | .00 | .00 |
| PATRICK J. O'MALLEY | Unsecured | 1.00 | 11,094.89 | 11,094.89 | 3,439.42 | .00 |
| PAYMENT CENTER | Unsecured | 19,702.00 | 20,438.33 | 20,438.33 | .00 | .00 |
| PAYMENT CENTER | Unsecured | 68,482.00 | 69,678.28 | 69,678.28 | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 3,053.00 | 3,311.69 | 3,311.69 | 1,026.62 | .00 |
| PYOD LLC | Unsecured | 1,766.00 | 1,828.16 | 1,828.16 | 566.73 | .00 |
| PYOD LLC | Unsecured | 10,188.00 | 11,441.23 | 11,441.23 | 3,546.78 | .00 |
| SHELL/CITI BANK | Unsecured | 500.00 | NA | NA | .00 | .00 |
| STATE FARM AUTOMOBILE INSURANCE | Unsecured | 100,000.00 | NA | NA | .00 | .00 |
| THE UNIVERSITY OF TOLEDO FOUNDA' | Unsecured | 2,270.00 | 669.39 | 669.39 | .00 | .00 |
| THE UNIVERSITY OF TOLEDO FOUNDA' | Unsecured | NA | .00 | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | Secured | 37,000.00 | 1,309.02 | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORPORATIO | Secured | 30,000.00 | 446.12 | .00 | .00 | .00 |
| TPS CREDIT UNION | Unsecured | 5,780.00 | NA | NA | .00 | .00 |
| TPS CREDIT UNION | Unsecured | 15,064.54 | 15,064.54 | 15,064.54 | 4,670.01 | .00 |
| TPS CREDIT UNION | Unsecured | 5,701.80 | 5,701.58 | 5,701.58 | 1,767.49 | .00 |
| TPS CREDIT UNION INC | Secured | 21,764.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK | Secured | NA | 650.00 | 650.00 | 650.00 | .00 |
| WELLS FARGO HOME MORTGAGE | Secured | 78,370.00 | 78,370.54 | 78,370.54 | .00 | .00 |
| WELLS FARGO HOME MORTGAGE | Secured | 129,196.00 | 127,898.78 | 127,898.78 | .00 | .00 |
| WELLS FARGO HOME MORTGAGE | Secured | NA | 120.90 | 120.90 | 120.90 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: TIRRELL T. BRENNEMAN  
KRISTIAN K. BROWN  
Debtor(s)

Case No.: 08-33644 S

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO HOME MORTGAGE | Secured | NA | 188.85 | 188.85 | 188.85 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 226,168.96 | .00 | .00 |
| Mortgage Arrearage: | 2,199.48 | 2,199.48 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 228,368.44 | 2,199.48 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 320,018.15 | 33,831.22 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $6,154.62 |
| Disbursements to Creditors: | $36,030.70 |
| **TOTAL DISBURSEMENTS:** | $42,185.32 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 03/29/2013    By: /s/John P. Gustafson  
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.